RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
RAQUEL LAZO
Assistant Federal Public Defender
Nevada State Bar No. 8540
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Raquel_Lazo@fd.org

Attorney for Jesus Manuel Lopez-Villanueva

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>JESUS MANUEL LOPEZ-VILLANUEVA,<br><br>        Defendant. | Case No. 2:24-mj-00165-DJA<br><br>**ORDER TO CONTINUE PRELIMINARY HEARING**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Lauren Ibanez, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Raquel Lazo, Assistant Federal Public Defender, counsel for Jesus Lopez-Villanueva, that the Preliminary Hearing currently scheduled on February 29, 2024 at 4:00 P.M., be vacated and continued to a date and time convenient to the Court, but no sooner than sixty (60) days.

This Stipulation is entered into for the following reasons:

1. The parties are attempting a preindictment resolution. Additional time is needed to obtain preliminary discovery and engage in negotiation discussions.

2.      Defendant is not incarcerated and does not object to a continuance.

3.      Additionally, denial of this request for continuance could result in a miscarriage of justice.

4.      The additional time requested by this stipulation is excludable in computing the time within which the defendant must be indicted and the trial herein must commence pursuant to the Speedy Trial Act, 18 U.S.C. §§ 3161(b) and 3161(h)(7)(A), considering the factors under 18 U.S.C. § 3161(h)(7)(B)(i) and (iv).

This is the first request for continuance filed herein.

DATED this 27th day of February, 2024.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| By /s/ Raquel Lazo<br>RAQUEL LAZO<br>Assistant Federal Public Defender | By /s/ Lauren Ibanez<br>LAUREN IBANEZ<br>Assistant United States Attorney |

2

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JESUS MANUEL LOPEZ-VILLANUEVA,<br><br>　　　　　Defendant. | Case No. 2:24-mj-00165-DJA<br><br>**ORDER** |

　　　Based on the Stipulation of counsel and good cause appearing,

　　　IT IS THEREFORE ORDERED that the Preliminary Hearing currently scheduled on February 29, 2024 at the hour of 4:00 p.m., be vacated and continued to May 6, 2024, at 4:00 p.m., Courtroom 3A.

　　　DATED this 27th day of February, 2024.

_____
DANIEL J. ALBREGTS
United States Magistrate Judge

3