1  RENE L. VALLADARES
   Federal Public Defender
2  Nevada State Bar No. 11479
   RAQUEL LAZO
3  Assistant Federal Public Defender
   Nevada State Bar No. 8540
4  411 E. Bonneville, Ste. 250
   Las Vegas, Nevada 89101
5  (702) 388-6577/Phone
   (702) 388-6261/Fax
6  Raquel_Lazo@fd.org

7  Attorney for Jesus Manuel Lopez-Villanueva

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | Case No. 2:24-mj-00165-DJA |
|---|---|
| Plaintiff, | ORDER **TO CONTINUE PRELIMINARY HEARING** |
| v. | (Third Request) |
| JESUS MANUEL LOPEZ-VILLANUEVA, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Lauren Ibanez, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Raquel Lazo, Assistant Federal Public Defender, counsel for Jesus Lopez-Villanueva, that the Preliminary Hearing currently scheduled on July 8, 2024 at 4:00 P.M., be vacated and continued to a date and time convenient to the Court.

This Stipulation is entered into for the following reasons:

1.  The parties have filed a guilty plea agreement and the case has been assigned to a district court judge. A change of plea hearing has been scheduled for July 9, 2024. The

additional requested time will permit the change of plea hearing to be held and for the instant preliminary hearing to ultimately be vacated.

2. Defendant is not incarcerated and does not object to a continuance.

3. Additionally, denial of this request for continuance could result in a miscarriage of justice.

This is the third request for continuance filed herein.

DATED this 26th day of June, 2024.

RENE L. VALLADARES  
Federal Public Defender

By /s/ Raquel Lazo  
RAQUEL LAZO  
Assistant Federal Public Defender

JASON M. FRIERSON  
United States Attorney

By /s/ Lauren Ibanez  
LAUREN IBANEZ  
Assistant United States Attorney

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:24-mj-00165-DJA |
| Plaintiff, | **ORDER** |
| v. | |
| JESUS MANUEL LOPEZ-VILLANUEVA, | |
| Defendant. | |

Based on the Stipulation of counsel and good cause appearing,

IT IS THEREFORE ORDERED that the Preliminary Hearing currently scheduled on July 8, 2024 at the hour of 4:00 p.m., be vacated and continued to August 12, 2024, at 4:00 p.m., Courtroom 3A.

DATED this 27th day of June, 2024.

_____
DANIEL J. ALBREGTS
United States Magistrate Judge

3